JOHN J. JORDAN (CABN 175376)
601 Montgomery Street, Suite 850
San Francisco CA 94111
Tel:  (415) 391-4814
Fax: (415) 391-4308
Email:  jjordanesq@aol.com

Attorney for Defendant DANIEL LAWRENCE McCOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-0067 JD |
| | ) CASE NO. CR 09-0337 JD |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER TO |
| v. | ) CONTINUE FORM 12 HEARING |
| | ) |
| DANIEL LAWRENCE McCOY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On May 16, 2022, the parties United States Attorney and the Defendant Daniel Lawrence McCoy were informed that the defendant McCoy could not be produced to appear before this Court for sentencing on the Form 12 petition, due to a COVID-19 quarantine imposed at Santa Rita Jail.  As the case is on for sentencing, the Court could not proceed without the defendant and the case will need to be continued.

Due to this extraordinary circumstance, the parties now believe that the case should be continued for an additional seven days.  This will also allow counsel for the defendant additional time to confer with the defendant.  After conferring with the Court's courtroom deputy, the parties request that the cases be set for May 23, 2022, at 10:30 a.m.  Both parties and the assigned U.S. Probation Officers are now available on May 23, 2022.

As the defendant has been convicted after trial, the Speedy Trial provisions in 18 U.S.C. § 3161

STIP. AND [PROPOSED] ORDER                              1
CR 19-67-JD/CR 09-337-JD

do not apply.

    IT IS SO STIPULATED.

DATED:  May 16, 2022                                    Respectfully submitted,

                                                              STEPHANIE M. HINDS
                                                              United States Attorney

                                                              /s/
                                                             SAMANTHA SCHOTT BENNETT
                                                             Assistant United States Attorney

DATED:  May 16, 2022

                                                             /s/
                                                             JOHN JORDAN
                                                             Counsel for DANIEL LAWRENCE McCOY

## [PROPOSED] ORDER

    Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by the parties and continuity of counsel, and in the interest of justice, IT IS HEREBY ORDERED THAT the hearing is continued until ~~May 16, 2022~~, at 10:30 a.m. May 23, 2022

    IT IS SO ORDERED.

DATED: May 18, 2022                                    _____
                                                             JAMES DONATO
                                                             United States District Judge